IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JAMES ARTHUR COCKHREN and MARGARET LOUISE COCKHREN, | No. C11-2027 EJM |
| Plaintiffs, | |
| v. | ORDER |
| MIDWESTONE BANK, BILL ROTH, And JAMES CHIZEK, | |
| Defendants. | |

This matter is before the court on plaintiffs' Motion for Entry of Default Judgment, filed September 15, 2011, and Motion for Relief from Judgment Order of Special Execution, filed on November 1, 2011, and upon the Report and Recommendation of the U.S. Magistrate Judge[1], filed January 13, 2012.

On December 23, 2011, the court referred this matter to the U.S. Magistrate for a Report and Recommendation pursuant to 28 U.S.C. §636(b). The Report and Recommendation has been filed, recommending that the instant motions be denied, that plaintiffs be given an additional twenty days within which to perfect service upon defendants, and that if service is not perfected within that time, the action be dismissed.

No objections have been filed to the Report and Recommendation, and the court finds the Report and Recommendation should be adopted.

---

1 The Honorable Jon S. Scoles

It is therefore

ORDERED

1. Report and Recommendation adopted.

2. Motions denied.

3. This matter is dismissed unless plaintiffs file proof of perfected service by not later than twenty days from the date of this order.

March 15, 2012.

```
_____
       Edward J. McManus, Judge
       UNITED STATES DISTRICT COURT
```